IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:22-CR-058 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| JAMES FARR, JR., | : | 18 U.S.C. § 1361 |
| | : | 18 U.S.C. § 1382 |
| Defendant | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2903.21 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 1361)

On or about August 1, 2021, in the Southern District of Ohio, the Defendant, **JAMES FARR, JR**, did willfully injure and commit depredation against property of the United States and of any department and agency thereof, and any property which has been or is being manufactured or constructed for the United States, and any department and agency thereof, by damaging a door and the door frame of a residence located in the Prairies at Wright Field, Wright-Patterson Air Force Base.

In violation of 18 U.S.C. § 1361.

## COUNT 2

(18 U.S.C. § 1382)

On or about August 1, 2021, in the Southern District of Ohio, within the jurisdiction of the United States, the Defendant, **JAMES FARR, JR.**, did go upon Wright-Patterson Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

In violation of 18 U.S.C. § 1382.

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2903.21)

On or about August 1, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JAMES FARR, JR.**, did knowingly cause another person, an individual with the initials "T.T." (hereinafter "Victim"), to believe the Defendant, **JAMES FARR, JR.**, would cause serious physical harm to the person or property of Victim, Victim's unborn, or a member of Victim's immediate family.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2903.21.

KENNETH L. PARKER
United States Attorney

ALANA R. KITCHEN
Special Assistant United States Attorney